# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | SACV 21-01354-JLS (JDEx) |
| Title | Simone Rachel Stivi v. Geico Casualty Company et al |
| Date | October 27, 2021 |

**Present: The Honorable** JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION

Pursuant to Plaintiff's request, this action is hereby dismissed.

                                                                         -   :   -
                                                            Initials of Deputy Clerk   mku